MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV  89102
Ofc: (702) 870-8700
Fax: (702) 870-0034
Attorney for Plaintiff
mgliner@glinerlaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| RONALD L. BISHOP, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| vs. | ) | |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC. | ) | JURY DEMANDED |
| | ) | |
| Defendants. | ) | |
| | ) | |

## COMPLAINT

### JURISDICTION

1.      The jurisdiction of this Court attains pursuant to the FCRA, 15 U.S.C. Section 1681(p), and the doctrine of supplemental jurisdiction.  Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendant perpetrated therein.

### PRELIMINARY STATEMENT

2.      The Plaintiff brings this action for damages based upon Defendant's violations of the Fair Credit Reporting Act, 15 U.S.C § 1681 *et seq.* (hereinafter referred to as "FCRA"), and of state law obligations brought as supplemental claims.

3.      Plaintiff is a natural person and is a "consumer" as defined by § 1681a(c) of the FCRA.

4.      The Defendant Experian Information Solutions, Inc. ("Experian"), is a corporate entity licensed to do business in the State of Nevada.

5.      Experian is a consumer reporting agency, as defined in FCRA § 1681(f), regularly engaged in the business of assembling, evaluating, and dispensing information concerning consumers for the purpose of furnishing consumer reports, as defined in § 1681a(d) of the FCRA, to third parties.

## FACTUAL ALLEGATIONS

6.      Plaintiff's creditworthiness has been repeatedly compromised by the acts, obduracy and general indifference of the Defendant.

7.      Plaintiff has serially disputed Defendant's reporting of the underlying Bank of America (BOA) account.

8.      Plaintiff is a very successful business owner.

9.      Plaintiff was the 2002 Small Business Administration Person of the Year for the State of Nevada.

10.     Plaintiff's credit reports are absolutely flawless but for BOA's absurd misreporting and Defendant's unfortunate complicity.

11.     On June 9, 2020 Plaintiff disputed BOA's misreporting with Defendant (Exhibit 1).

12.     Exhibit 1 details BOA's misreporting of an invalid $108 collection account.

13.     In 2019 Plaintiff instructed BOA to close all of his accounts.

14.     BOA's representative acknowledged Plaintiff's request and "confirmed" closure.

15.     However BOA somehow continued to invoice Plaintiff at *someone else's address* (Exhibit 1).

16.     As explicated in Exhibit 1, Plaintiff has categorically no idea who lives at the *Gatesville Avenue* address.

17.     Plaintiff has utterly no connection to the *Gatesville Avenue* address.

18.    Exhibit 1 also explained how BOA's misreporting impaired Plaintiff's access to substantial personal financing.

19.    Exhibit 1 also depicts Plaintiff's frustrations in dealing with BOA's representative who ineptly advised BOA would continue to report the *invalid $108 charge-off.*

20.    On June 23, 2020 the mirthful and otherwise lasering Defendant indolently "verified" BOA's charge-off (Exhibit 2).

21.    Exhibit 2 reflects Defendant's resolve to report the BOA *charge-off through 2026.*

22.    On August 14, 2020 Plaintiff again disputed BOA's inaccurate reporting with Defendant (Exhibit 3).

23.    Exhibit 3 contained a copy of Plaintiff's filed July 27, 2020 Complaint against BOA which provided an extremely detailed formal account of BOA's misconduct.

24.    Exhibit 3 was sent by certified mail and was indeed received by Defendant.

25.    Defendant *never* responded to Exhibit 3.

26.    In failing to respond to Exhibit 3 Defendant failed to address the significance of Plaintiff's filed Federal Complaint and the patently fraudulent *Gatesville Avenue address.*

27.    As indicated in both Exhibits 1 and 3, Plaintiff has, in fact, lived at his home address since 2004.

28.    On September 22, 2020 Plaintiff acquired his credit report (Exhibit 4).

29.    Exhibit 4 details Defendant's continue reporting of the BOA charge-off.

30.    Exhibit 4 likewise reflects Defendant's intent to report the BOA *charge-off through 2025.*

31.    On October 9, 2020 BOA instructed Defendant to correct its inaccurate reporting (Exhibit 5).

32.    Defendant parroted previously reported information notwithstanding documentation strongly revealing the highly unreliable nature of the information. Cushman v. Trans Union Corp., 115 F.3d 220, 225 (3rd Cir. 1997).

33.     In failing to correct Plaintiff's report, Defendant continued to report *patently inaccurate* information in violation of the FCRA.  Drew v. Equifax Information Services, LLC, 690 F.3d 1100, 1108 (9th Cir. 2012).

34.     In failing to appropriately revise Plaintiff's report, Defendant provided *misleading* information which likewise violated the FCRA, Drew v. Equifax Information Services, LLC, 690 F.3d 1100, 1108 (9th Cir. 2012).

35.     Defendant was precluded from making any report either patently wrong or "missing crucial data" or otherwise misleading.  Kuns v. Ocwen Loan Servicing, LLC, 611 Fed.Appx. 398 (U.S. Ct. of Appeals, Ninth Circuit 2015).

36.     Defendant violated the FCRA in its failure to provide additional information explicating the status of Plaintiff's account.  Bush v. Roundpoint Mortg. Servicing Corp., 122 F.Supp.3d 1347 (M.D.Fl 2015).

37.     Plaintiff has suffered meaningful emotional distress including, but not limited to, excessive worry, frustration, sleeplessness, anger, humiliation, embarrassment, chagrin and other mental anguish as a direct result of Defendant's conduct.  McCollough v. Johnson, Rodenburg & Lauinger, LLC, 637 F.3d 939, 957 (9th Cir. 2011).

## STATEMENT OF CLAIM AS AGAINST DEFENDANT

38.     In the entire course of its action, Defendant willfully and/or negligently violated the provisions of the FCRA in the following respects:

a.     By willfully and/or negligently failing, in the preparation of the consumer reports concerning Plaintiff, to follow reasonable procedures to assure maximum possible accuracy of the information in the reports.

b.     By willfully and/or negligently failing to comport with FCRA § 1681i.

/ / /
/ / /
/ / /
/ / /
/ / /

## PRAYER FOR RELIEF

THEREFORE, Plaintiff prays that the court grant the following relief as against Defendant:

        a.    actual damages;

        b.    punitive damages;

        c.    attorney's fees; and

        d.    costs.

MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd. #95
Las Vegas, Nevada  89102
Attorney for Plaintiff

June 9, 2020

**CERTIFIED MAIL**

Experian Information Solutions, Inc.
P.O. Box 4500
Allen, TX 75013

Re:   **Bishop, Ronald L. / Dispute**

Dear Sir,

This letter is a Dispute.  I've attached an excerpt from my recent credit profile.
I have also enclosed copies of both my Social Security card and Driver License.
My attorney helped me prepare this letter to ensure you have all of the
information you need to appropriately address my concerns.  I have personally
reviewed, approved and signed this letter.

I provide my personal information: Ronald L. Bishop; Spouse: n/a; current
address:                                                                   previous address:              -
                                                    ; SSN                      ; date of birth: .
1965.

Please delete the bracketed BOA account.  It is inaccurate.  The purported $108
balance *appears* to be fully satisfied-please see both BOA's attached
contradictory June 3, 2020 *account summary* reflecting a zero (0) balance
*together with* the attached May 10, 2020 statement addressed to an external
unknown *Gatesville Avenue* location.  This is a twenty-three-year-old account.
Both the summary and the statement were obtained online.

Last summer I personally instructed BOA to close all of my accounts.  I was
explicitly advised both (i) the closures were confirmed and that (ii) I owed
absolutely nothing.  You'll note my credit is otherwise flawless but for this
account.  I own a lucrative business and have always had access to substantial
lines of credit and other financing. This ostensible delinquency is obstructing my
access to credit; I cannot immediately refinance my home.

Further, I went online and accessed past statements. BOA apparently somehow
sent statements to a third-party *Gatesville Avenue* address where I've never lived
nor received mail (please see attached May 10, 2020 statement).  I've lived at my
current address since 2004, for sixteen (16) years.

EXHIBIT 1

June 9, 2020
Experian Information Solutions, Inc.
Page 2


Further, on Friday, June 6, 2020 I met with a BOA representative who advised there was no activity on the account. I then offered to pay this erroneous account rather than deal with unnecessary litigation over a small amount despite BOA's negligence. The BOA representative unfortunately could/would not accept my money, instead referring me to the Recovery Department, 866-468-3402. On June 9, 2020 I then spoke with *Anne Gregory* who confirmed the account was indeed inactive but somehow insisted BOA would continue its current reporting.

Again, please delete this erroneous account. It is clearly reported in error and has not been used for many, many years. Further, when I instructed closure of all my BOA accounts last summer, I was explicitly advised nothing was owed. Last, I have no idea who lives at the foreign *Gatesville Avenue* address—but it's never been me. Please delete this inaccurate account.

Thank you in advance for your anticipated courtesy.


Very truly yours,


Ronald Bishop


Enclosures

PO Box 9701
Allen, TX 75013



0014861 02 AM 0.436 **AUTO 100 7128 09002 900628   -C02-P14073-1
Ronald Bishop

 վիիիլիսվ||||իլիսկվ||||||վիվիկիկին||եր||իսվ||||||||



## Ronald Bishop
### Your Credit Report
### Report # 3608-0866-71 for 05/28/20

In response to your recent request, we are sending you this credit report. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record.

The fastest and easiest way to dispute most information that you disagree with is by creating your member login at experian.com/disputes. Keep track of any changes and dispute notifications online. You can also call with disputes or questions at 833 210 4610, M - F 9am - 5pm in your time zone, or submit your dispute in writing by mailing to Experian, NCAC, P.O. Box 2002, Allen TX 75013. Be advised that written information or documents you provide with respect to your disputes may be shared with all creditors with which you are disputing.

## Payment History Legend

| | | | |
|---|---|---|---|
| Current | Account 150 days past due | **VS** Voluntarily surrendered | **D** Defaulted on contract |
| Account 30 days past due | **180** Account 180 days past due | **R** Repossession | **C** Collection |
| Account 60 days past due | **CRD** Creditor received deed | **PBC** Paid by creditor | **CO** Charge off |
| Account 90 days past due | **FS** Foreclosure proceedings started | **EC** Insurance claim | **CLS** Closed |
| Account 120 days past due | **F** Foreclosed | **G** Claim filed with government | **ND** No data for this time period |

*if your creditor reported your account balances to us, we list them in this section as additional information about your account

*Medical Information*

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

<u>Your accounts that may be considered negative</u> The most common items in this section are late payments, accounts that have been charged off or sent to collection, and bankruptcies. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments may remain on the credit report for up to seven years. Chapters 7, 11 and 12 bankruptcies may remain on the credit report for up to 10 years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

## Credit items

BANK OF AMERICA  N A PURR#  ACC # 53180U1840   PO BOX 817866T AMPA FL 33661 7866# 800 #80 980##

Ronald Bishop | Report # 3608-0866-71 for 05/28/20

| Date opened | First reported | Recent balance | Payment history |
|---|---|---|---|
| Oct 1997 | Jul 1999 | $108 as of Apr 2020 | |
| Address ID # | Terms | Status | |
| 0490341667 | Not reported | Open. $75 past due as | |
| Type | Monthly payment | of Apr 2020. | |
| Line of Credit | 57 | By Nov 2026, this | |
| Responsibility | Credit limit or original | account is scheduled to | |
| Individual | amount | go to a positive status. | |
| | $2,000 | Comment: | |
| | High balance | Credit line suspended. | |
| | $2,100 | Date of Status | |
| | | Apr 2020 | |

| Payment history | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | |
| 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 100 | 105 | 103 | 102 | 100 | 0 | 0 | 0 | 0 | 115 | 138 | 181 | 183 | 200 | 228 |
| DPR | Jul04 | Jul04 | Jul04 | Jul04 | Jul04 | Jul04 | Jul04 | Jul04 | Jul04 | Jun04 | May04 | Apr04 | Mar04 | Feb04 | Jan04 |
| SPA ($) | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| AAP ($) | NO | NO | NO | NO | NO | NO | NO | NO | 25 | 141 | 25 | 25 | 25 | 25 | 25 |

| | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 | May18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 249 | 271 | 292 | 312 | 308 | 421 | 432 | 458 |
| DPR | Dec04 | Nov04 | Oct04 | Aug20 | Aug20 | Jun04 | May04 | |
| SPA ($) | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| AAP ($) | 25 | 25 | NO | 825 | 25 | 25 | 25 | |

*Between May 2018 and Mar 2020, your credit limit/high balance was $2,000*

## Your accounts in good standing These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Dec 2015 | Individual | Not reported | Not reported |
| Address ID # | First reported | Credit limit or original amount | Status |
| 0177719541 | Jan 2016 | $15,453 | Paid, Closed/Never late. |
| Type | Terms | High balance | This account is scheduled to |
| Secured Loan | 120 Months | Not reported | continue on record until Jul 2026. |
| | | | Comment |
| | | | Account closed at consumer's |
| | | | request. |
| | | | Date of Status |
| | | | Jul 2016 |

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Jun 2016 | Individual | $187 | $4,646 as of Apr 2020 |
| Address ID # | First reported | Credit limit or original amount | Status |
| 0177719541 | Jul 2016 | $17,386 | Open/Never late. |
| Type | Terms | High balance | Date of Status |
| Secured Loan | 120 Months | Not reported | Apr 2020 |

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 4,646 | 5,334 | 5,419 | 5,419 | 5,419 | 5,833 | 5,868 | 6,234 | 6,701 | 6,791 | 7,197 | 7,197 | 7,675 | 8,138 | 8,540 |
| DPR | Mar19 | Feb06 | Nov09 | Nov09 | Nov06 | Sep30 | Sep30 | Aug02 | Jun19 | Jun19 | Mar20 | Mar20 | Feb18 | Jan26 | Nov09 |
| SPA ($) | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 |
| AAP ($) | 667 | 187 | NO | NO | NO | 500 | NO | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |

| | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 | May18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 8,540 | 8,994 | 9,445 | 9,445 | 10,283 | 10,283 | 10,283 | 10,682 |
| DPR | Nov09 | Oct04 | Aug29 | Aug20 | May11 | May11 | May11 | Mar08 |
| SPA ($) | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 |
| AAP ($) | 500 | 500 | 500 | 500 | 500 | 500 | 500 | |

*The original amount of this account was $17,386*





## Bank of America

## Online Banking

## Line of Credit - 0699

### Loan summary

| | |
|---|---|
| Current principal balance: | $0.00 |
| Credit Limit: | $0.00 |
| Available Credit: | $0.00 |

### Make a payment

| | |
|---|---|
| Total payment due date: | Not Available |
| Total payment amount: | $0.00 |

### Account details  as of  06/03/2020

| | |
|---|---|
| Account name: | Line of Credit - 0699 Edit |
| Account number: | Show account number |
| Current principal balance: | $0.00 |
| Available credit: | $0.00 |
| Credit limit: | $0.00 |
| Draw expiration date: | Not Available |
| Open date: | 05/28/2020 |
| Last advance date: | 11/15/2019 |

### Payment Information

| | |
|---|---|
| Last statement date: | 05/10/2020 |
| Current payment due by Not Available[1]: | $0.00[2] |
| Other fees: | $0.00 |
| Annual fees: | $0.00 |
| Late charges: | $0.00 |
| Past due amount: | $0.00 |
| **Total payment due by Not Available:** | $0.00[3] |
| Last payment amount: | $25.00 |
| Last payment date: | 07/04/2019 |
| Estimated payoff amount[4]: | $0.00 |
| Payoff good through: | 06/03/2020 |

[1] The current payment due date field shows when your next scheduled payment is due. This field does not show the date your loan is paid up to. It does not necessarily mean you have made all of your prior payments.

[2] Current payment amount due is the current principal and/or interest payment due and assumes your payments are up-to-date, but may not reflect all amounts owed by your current payment due date.

[3] Please refer to your monthly billing statement to see the total amount due and related details. If you have made interim payments, please contact customer service to get the most up-to-date and complete information about your loan.

[4] Please note: this is not a final payoff figure. To obtain the full amount required to pay off your line of credit, please contact us.

### Interest Information

| | |
|---|---|
| Interest rate ** : | 18.00% |
| Interest paid year-to-date: | $0.00 |
| Interest paid last year: | $21.75 |

**For Home Equity Accounts only, the interest rate shown above may not reflect any special offers you may have received and taken advantage of. Please refer to your monthly statement for more information.

**Bank of America**

Bank of America, N.A.
P.O. Box 26249
Tampa, FL 33623-6249

RONALD L BISHOP
9577 GATESVILLE AVE
LAS VEGAS NV 89148-4202

| Account Number: | |
| Page 1 of 4 | |

| Account Snapshot | |
|---|---|
| Statement Period: 04/10/2020 - 05/10/2020 | |
| Previous Outstanding Balance: | $107.23 |
| New Outstanding Balance: | $108.76 |
| Credit Limit: | $2,000.00 |
| Total Principal Balance: | $100.00 |
| Available Credit: | $0.00 |
| Current Payment Due: | $1.53 |
| Past Due Amount: | $107.23 |
| Total Minimum Payment Due: | $108.76 |
| Payment Due Date: | 06/04/2020 |

## Bank of America Personal Creditline

### Account Summary

| Account Type | Principal Balance | Account Number |
|---|---|---|
| Line of Credit: | $100.00 | |

Information about your transactions is included on the next page of this statement.

### Annual Percentage Rate Summary

| | |
|---|---|
| ANNUAL PERCENTAGE RATE | 18.00% |
| Daily Periodic Rate | 0.0491803% |
| Corresponding ANNUAL PERCENTAGE RATE | 18.00% |
| Days in Billing Cycle | 31 |
| Interest Charged | $1.53 |
| Fees Charged | $0.00 |

### Messages

We have not received your most recent line of credit payment. Your minimum payment due is listed on your payment coupon. If you have made a payment recently, please accept our thanks.

### Customer Service Information

 **Billing Error Notices**
Bank of America, N.A.
Attention: Billing Error Notice
P.O. Box 941657
Simi Valley, CA 93094-1657

 **General Inquiries**
Bank of America, N A
P.O. Box 31785
Tampa, FL 33631-3785

www.bankofamerica.com

 800.934.5626 Lines of Credit Customer Service
TDD 866.345.1260
Se habla Español 800.688.6086

---

Personal Creditline account:

Minimum payment due 06/04/20                    $108.76

BANK OF AMERICA, N.A.
P.O. BOX 660807
DALLAS, TX 75266-0807

Additional principal        $

RONALD L BISHOP
Mailing address:
9577 GATESVILLE AVE
LAS VEGAS, NV  89148-4202

Payment enclosed        $

⑈54788080⑆:68 180 118490699⑈

PO Box 9701
Allen, TX 75013



0006600 01 AB 0.416 **AUTO T8 1 7151 89002-900628  -CD1-P06606-1
RONALD BISHOP

|ı||ı|||ı|||ıı||||ı|||ıı||||ıₙₙ|ₚ|ᵦ||ᵦ||ᵦ||ₙ||ᵤ|||||ᵢᵤₙ



### RONALD BISHOP
Dispute Results
#### Report # 0657-7387-90 for 06/23/20

Our reinvestigation of the dispute(s) and/or other
request(s) you recently submitted is now complete.
If an item you disputed is not in the list of results
below, it was either not appearing in your credit file
or it already reflected the requested status at the
time of our reinvestigation.

In response to your recent request, we are sending you this credit report. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

#### How to read your results

**Deleted** - This item was removed from your credit report. **Remains** - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. **Updated** (Your results will indicate which one of the following applies.) – a) The information you disputed has been updated. Please review your report for the details. b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details. d) Information on this item has been updated. Please review your report for the details.**Processed** - This item was either updated or deleted; Please review your report for the details.

Here are your results

Credit items

BANK OF AMERICA, N.A.6818011849.... Outcome: Updated - The information you disputed has been updated. Please review your report for the details.

#### Before dispute

| BANK OF AMERICA, N.A Partial Acct | | | PO BOX 817265 TAMPA FL 33631 (800) 669 6607 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Date opened | First reported | Recent balance | Payment history | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oct 1997 | Jun 2013 | $109 as of May 2020 | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| Address ID # | Terms | **Status** | 2020 | | | | | CO | | | | | | | |
| 0490341667 | Not reported | Account charged off. | | | | | | | | | | | | | |
| Type | Monthly payment | $109 written off. | 2019 | | | | | | | | | | | | |
| Line of Credit | Not reported | This account is | | | | | | | | | | | | | |
| Responsibility | Credit limit or original | scheduled to continue on | 2018 | | | | | | | | | | | | |
| Individual | amount | record until Oct 2026. | 2017 | | | | | | | | | | | | |
| | $2,000 | Comment: | | | | | | | | | | | | | |
| | High balance | Transferred to | 2016 | | | | | | | | | | | | |
| | $2,100 | recovery. | 2015 | | | | | | | | | | | | |
| | | Date of Status | 2014 | | | | | | | | | | | | |
| | | May 2020 | 2013 | | | | | | | | | | | | |

0146234077

### EXHIBIT 2

RONALD BISHOP | Report # **0657-7387-90** for 06/23/20

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 108 | 108 | 105 | 103 | 102 | 100 | 0 | 0 | 0 | 0 | 115 | 138 | 161 | 163 | 208 |
| DPR | Jul04 | Jul04 | Jul04 | Jul04 | Jul04 | Jul04 | Jul04 | Jul04 | Jul04 | Jul04 | Jun04 | May04 | Apr04 | Mar04 | Feb04 |
| SPA ($) | 7 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | 141 | 25 | 25 | 25 | 25 | 25 |

| | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 228 | 249 | 271 | 292 | 312 | 308 | 421 | 439 |
| DPR | Jan04 | Dec04 | Nov04 | Oct04 | Aug20 | Aug20 | Jul04 | Jun04 |
| SPA ($) | 25 | 25 | 25 | 26 | 25 | 25 | 25 | 25 |
| AAP ($) | 25 | 25 | 25 | 26 | ND | 825 | 25 | 25 |

Between Jun 2018 and Apr 2020, your credit limit/high balance was $2,000.

## After dispute

BANK OF AMERICA, N.A. Partial Acct #　　　　PO BOX 31785 TAMPA FL 33631 (800) 669 6607



| | |
|---|---|
| **Date opened** Oct 1997 | **First reported** Jun 2013 |
| **Address ID #** 0490341667 | **Terms** Not reported |
| **Type** Line of Credit | **Monthly payment** Not reported |
| **Responsibility** Individual | **Credit limit or original amount** $2,000 |
| | **High balance** $2,100 |

**Recent balance** $109 as of May 2020
**Status** Account charged off. $109 written off. $109 past due as of May 2020. This account is scheduled to continue on record until Oct 2026.
**Comment:** Transferred to recovery. This item was updated from our processing of your dispute in Jun 2020. Date of Status May 2020

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | | | | CO | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | |
| 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 108 | 108 | 105 | 103 | 102 | 100 | 0 | 0 | 0 | 0 | 115 | 138 | 161 | 163 | 208 |
| DPR | Jul04 | Jul04 | Jul04 | Jul04 | Jul04 | Jul04 | Jul04 | Jul04 | Jul04 | Jul04 | Jun04 | May04 | Apr04 | Mar04 | Feb04 |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | 141 | 25 | 25 | 25 | 25 | 25 |

| | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 228 | 249 | 271 | 292 | 312 | 308 | 421 | 439 |
| DPR | Jan04 | Dec04 | Nov04 | Oct04 | Aug20 | Aug20 | Jul04 | Jun04 |
| SPA ($) | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| AAP ($) | 25 | 25 | 25 | 25 | ND | 825 | 25 | 25 |

Between Jun 2018 and Apr 2020, your credit limit/high balance was $2,000.

**If our reinvestigation has not resolved your dispute, you have several options:**

You may add a statement of up to 100 words to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013. You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York), or within the last year for any non-employment purpose under the California Investigative Consumer Reporting Agencies Act. If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental. If you request to have your results sent to past recipients of your investigative consumer report, you have the right to designate which entities you wish to receive the updated report and which entities you do not wish to receive the update. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information. Thank you for helping ensure the accuracy of your credit information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

RONALD BISHOP | Report # **0657-7387-90** for **06/23/20**

# Your Updated Credit Report

## Payment History Legend

| | | | |
|---|---|---|---|
| **CUR** Current | **150** Account 150 days past due | **VS** Voluntarily surrendered | **D** Defaulted on contract |
| **30** Account 30 days past due | **180** Account 180 days past due | **R** Repossession | **C** Collection |
| **60** Account 60 days past due | **CRD** Creditor received deed | **PBC** Paid by creditor | **CO** Charge off |
| **90** Account 90 days past due | **FS** Foreclosure proceedings started | **EC** Insurance claim | **CLS** Closed |
| **120** Account 120 days past due | **F** Foreclosed | **G** Claim filed with government | **ND** No data for this time period |

*If your creditor reported your account balances to us, we list them in this section as additional information about your account.

*Medical Information*

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

**Your accounts that may be considered negative** The most common items in this section are late payments, accounts that have been charged off or sent to collection, and bankruptcies. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments may remain on the credit report for up to seven years. Chapters 7, 11 and 12 bankruptcies may remain on the credit report for up to 10 years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

## Credit items

**BANK OF AMERICA, N.A. Partial Acc**          PO BOX 31785 TAMPA FL 33631 (800) 869 6607

| Date opened | First reported | Recent balance | Payment history |
|---|---|---|---|
| Oct 1997 | Jun 2013 | $109 as of May 2020 | |
| Address ID # | Terms | Status | |
| 0490341667 | Not reported | Account charged off. | |
| Type | Monthly payment | $109 written off. $109 | |
| Line of Credit | Not reported | past due as of May 2020. | |
| Responsibility | Credit limit or original | This account is | |
| Individual | amount | scheduled to continue on | |
| | $2,000 | record until Oct 2026. | |
| | High balance | Comment: | |
| | $2,100 | Transferred to recovery. | |
| | | This item was updated | |
| | | from our processing of | |
| | | your dispute in Jun 2020. | |
| | | Date of Status | |
| | | May 2020 | |

Payment history:

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | | | | CO | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | |
| 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |

Account History *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 108 | 106 | 105 | 103 | 102 | 100 | 0 | 0 | 0 | 0 | 115 | 138 | 161 | 183 | 206 |
| DPR | Jul04 | Jul04 | Jul04 | Jul04 | Jul04 | Jul04 | Jul04 | Jul04 | Jul04 | Jul04 | Jun04 | May04 | Apr04 | Mar04 | Feb04 |
| SPA ($) | 7 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | 141 | 25 | 25 | 25 | 25 | 25 |

| | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 228 | 249 | 271 | 292 | 312 | 306 | 421 | 439 |
| DPR | Jan04 | Dec04 | Nov04 | Oct04 | Aug20 | Aug20 | Jul04 | Jun04 |
| SPA ($) | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| AAP ($) | 25 | 25 | 25 | ND | 825 | 26 | 25 | |

*Between Jun 2018 and Apr 2020, your credit limit/high balance was $2,000*

**RONALD BISHOP | Report # 0657-7387-90 for 06/23/20**



THIS PAGE INTENTIONALLY LEFT BLANK

August 14, 2020

**CERTIFIED MAIL**

Experian Information Solutions, Inc.
P.O. Box 4500
Allen, TX 75013

Re:   **Bishop, Ronald L. / Dispute**

Dear Sir,

This letter is a Dispute.  I've attached an excerpt from my recent credit profile.
I have also enclosed copies of both my Social Security card and Driver License.
My attorney helped me prepare this letter to ensure you have all of the
information you need to appropriately address my concerns.  I have personally
reviewed, approved and signed this letter.

I provide my personal information: Ronald L. Bishop; Spouse: n/a; current
address:                                              , previous address:
                                  ; SSN                  date of birth:
1965.

Please delete the bracketed BOA account.  It is inaccurate.  The purported $108
balance *appears* to be fully satisfied-please see both BOA's attached
contradictory June 3, 2020 *account summary* reflecting a zero (0) balance
*together with* the attached May 10, 2020 statement addressed to an external
unknown *Gatesville Avenue* location.  This is a twenty-three-year-old account.
Both the summary and the statement were obtained online.

Last summer I personally instructed BOA to close all of my accounts.  I was
explicitly advised both (i) the closures were confirmed and that (ii) I owed
absolutely nothing.  You'll note my credit is otherwise flawless but for this
account.  I own a lucrative business and have always had access to substantial
lines of credit and other financing. This ostensible delinquency is obstructing my
access to credit; I cannot immediately refinance my home.

Further, I went online and accessed past statements. BOA apparently somehow
sent statements to a third-party *Gatesville Avenue* address where I've never lived
nor received mail (please see attached May 10, 2020 statement).  I've lived at my
current address since 2004, for sixteen (16) years.

EXHIBIT 3

August 14, 2020
Experian Information Solutions, Inc.
Page 2


Further, on Friday, June 6, 2020 I met with a BOA representative who advised there was no activity on the account. I then offered to pay this erroneous account rather than deal with unnecessary litigation over a small amount despite BOA's negligence. The BOA representative unfortunately could/would not accept my money, instead referring me to the Recovery Department, 866-468-3402. On June 9, 2020 I then spoke with *Anne Gregory* who confirmed the account was indeed inactive but somehow insisted BOA would continue its current reporting.

Again, please delete this erroneous account. It is clearly reported in error and has not been used for many, many years. Further, when I instructed closure of all my BOA accounts last summer, I was explicitly advised nothing was owed. Last, I have no idea who lives at the foreign *Gatesville Avenue* address—but it's never been me. Please delete this inaccurate account.

I have enclosed a copy of my July 27, 2020 Federal Complaint which provides a very detailed formal account of precisely what BOA has done.

Thank you in advance for your anticipated courtesy.

Very truly yours,

Ronald Bishop


Enclosures

PO Box 9701
Allen, TX 75013



0014861 03 AA10436 **AUTO T00 7178 87007 900928   C03 P14075 1
Ronald Bishop

ılı ıılıllılı ılılı lıllılı lılıll ılılılı ılılll



**Ronald Bishop**
Your Credit Report
Report # 3608-0866-71 for 05/28/20

In response to your recent request, we are sending
you this credit report. Before contacting us, please
review this report carefully. If you disagree with an
item, you may dispute it. We will process disputes
generally by sending your dispute to the furnisher of
the information or to the vendor who collected the
information from a public record.

The fastest and easiest way to dispute most information that you disagree with is by creating your member login at
experian.com/disputes. Keep track of any changes and dispute notifications online. You can also call with disputes or
questions at 833 210 4610, M - F 9am - 5pm in your time zone. or submit your dispute in writing by mailing to Experian,
NCAC, P.O. Box 2002, Allen TX 75013. Be advised that written information or documents you provide with respect to your
disputes may be shared with all creditors with which you are disputing.

## Payment History Legend

| | | | |
|---|---|---|---|
| Current | Account 150 days past due | **CVS** Voluntarily surrendered | **IN** Defaulted on contract |
| Account 30 days past due | **180** Account 180 days past due | **RA** Repossession | **C** Collection |
| Account 60 days past due | **BRO** Creditor received deed | **PBC** Paid by creditor | **CO** Charge off |
| Account 90 days past due | **FCL** Foreclosure proceedings started | **ICA** Insurance claim | **CLS** Closed |
| Account 120 days past due | **FB** Foreclosed | **CG** Claim filed with government | **ND** No data for this time period |

*If your creditor reported your account balances to us, we list them in this section as additional information about your account

### Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally
collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. if so, those
names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your
report at your request that contain medical information are disclosed to others.

**Your accounts that may be considered negative** The most common items in this section are late
payments. accounts that have been charged off or sent to collection, and bankruptcies. It also may contain items that are
not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has
been settled or transferred. This information is generally removed seven years from the initial missed payment that led to
the delinquency. Missed payments may remain on the credit report for up to seven years. Chapters 7, 11 and 12
bankruptcies may remain on the credit report for up to 10 years. Transferred accounts that have not been past due
remain up to 10 years after the date the account was transferred.

## Credit items

Ronald Bishop | Report # 3608-0868-71 for 05/28/20

| Date opened | First reported | Recent balance | Payment History |
|---|---|---|---|

Date opened
~Oct 1997
Address ID #
0423341657
Type
Line of Credit
Responsibility
Individual

First reported
Jul 1999
Terms
Not reported
Monthly payment
$7
Credit limit or original amount
$2,000
High balance
$2,100

Recent balance
-$108 as of Apr 2020
Status
Open. $75 past due as of Apr 2020.
By Nov 2026, this account is scheduled to go to a positive status.
Comment:
Credit line suspended.
Date of Status
Apr 2020

Payment History

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | |
| 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 103 | 103 | 103 | 102 | 100 | 0 | 0 | 0 | 0 | 115 | 136 | 101 | 103 | 209 | 228 |
| DPR | Jul04 | Jul04 | Jul04 | Jul04 | Jul04 | Jul04 | Jul04 | Jul04 | Jul04 | Jul04 | May04 | Apr04 | Mar04 | Feb04 | Jan04 |
| SPA ($) | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| AAP ($) | NO | NO | NO | NO | NO | NO | NO | NO | 148 | 25 | 25 | 75 | 25 | 25 | 25 |

| | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 | May18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 343 | 371 | 392 | 312 | 323 | 421 | 432 | 432 |
| DPR | Dec04 | Nov04 | Oct04 | Aug20 | Aug20 | Jul24 | Jun04 | May04 |
| SPA ($) | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| AAP ($) | 25 | 25 | 25 | NO | 625 | 25 | 25 | 25 |

*Between May 2018 and Mar 2020, your credit line/high balance was $2,500*

## Your accounts in good standing These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

Date opened
Dec 2015
Address ID #
0177719341
Type
Secured Loan

Responsibility
Individual
First reported
Jan 2016
Terms
120 Months

Monthly payment
Not reported
Credit limit or original amount
$15,463
High balance
Not reported

Recent balance
Not reported
Status
Paid, Closed/never late
This account is scheduled to continue on record until Jul 2025
Comment
Account closed at consumer's request.
Date of Status
Jul 2016

Date opened
Jun 2016
Address ID #
0177719541
Type
Secured Loan

Responsibility
Individual
First reported
Jul 2016
Terms
120 Months

Monthly payment
$197
Credit limit or original amount
$17,366
High balance
Not reported

Recent balance
$4,646 as of Apr 2020
Status
Open/Never late
Date of Status
Apr 2020

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 4,646 | 5,334 | 5,419 | 5,419 | 6,419 | 5,933 | 5,683 | 6,334 | 6,791 | 6,701 | 7,107 | 7,107 | 7,675 | 7,138 | 8,543 |
| DPR | Mar19 | Feb06 | Jan29 | Nov06 | Nov06 | Sep30 | Sep30 | Aug22 | Jul19 | Jun19 | Mar20 | Jun23 | Feb20 | Jun20 | Nov29 |
| SPA ($) | 197 | 197 | 197 | 197 | 197 | 197 | 197 | 197 | 197 | 197 | 197 | 197 | 197 | 197 | 197 |
| AAP ($) | 097 | 197 | NO | NO | 500 | NO | 500 | 500 | 500 | 600 | 500 | 500 | 500 | 600 | 600 |

| | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 | May18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 8,543 | 8,834 | 9,445 | 9,445 | 10,263 | 10,293 | 10,293 | 10,662 |
| DPR | Nov20 | Oct04 | Aug29 | Aug29 | May11 | May11 | May11 | Mar00 |
| SPA ($) | 197 | 197 | 197 | 197 | 197 | 197 | 197 | 197 |
| AAP ($) | 600 | 600 | 600 | 600 | 500 | 500 | 500 | 500 |

*The original amount of this account was $17,366*





# Bank of America

## Online Banking

## Line of Credit - 0699

### Loan summary

| | |
|---|---|
| Current principal balance: | $0.00 |
| Credit Limit: | $0.00 |
| Available Credit: | $0.00 |

### Make a payment

| | |
|---|---|
| Total payment due date: | Not Available |
| Total payment amount: | $0.00 |

### Account details  as of  08/03/2020

| | |
|---|---|
| Account name: | Line of Credit - 0699 Edit |
| Account number: | Show account number |
| Current principal balance: | $0.00 |
| Available credit: | $0.00 |
| Credit limit: | $0.00 |
| Draw expiration date: | Not Available |
| Open date: | 05/28/2020 |
| Last advance date: | 11/15/2019 |

### Payment Information

| | |
|---|---|
| Last statement date: | 05/10/2020 |
| Current payment due by Not Available[1]: | $0.00[2] |
| Other fees: | $0.00 |
| Annual fees: | $0.00 |
| Late charges: | $0.00 |
| Past due amount: | $0.00 |
| **Total payment due by Not Available:** | **$0.00[3]** |
| Last payment amount: | $25.00 |
| Last payment date: | 07/04/2019 |
| Estimated payoff amount[4]: | $0.00 |
| Payoff good through: | 05/03/2020 |

[1] The current payment due date field shows when your next scheduled payment is due. This field does not show the date your loan is paid up to. It does not necessarily mean you have made all of your prior payments.

[2] Current payment amount due is the current principal and/or interest payment due and assumes your payments are up-to-date, but may not reflect all amounts owed by your current payment due date.

[3] Please refer to your monthly billing statement to see the total amount due and related details. If you have made interim payments, please contact customer service to get the most up-to-date and complete information about your loan.

[4] Please note: this is not a final payoff figure. To obtain the full amount required to pay off your line of credit, please contact us.

### Interest Information

| | |
|---|---|
| Interest rate ** : | 18.00% |
| Interest paid year-to-date: | $0.00 |
| Interest paid last year: | $21.75 |

**For Home Equity Accounts only, the interest rate shown above may not reflect any special offers you may have received and taken advantage of. Please refer to your monthly statement for more information.

**Bank of America** 

Bank of America, N.A.
P.O. Box 26249
Tampa, FL 33623-6249

RONALD L BISHOP
9577 GATESVILLE AVE
LAS VEGAS NV 89148-4202

| Account Number: | |
| Page 1 of 4 | |
| **Account Snapshot** | |
| Statement Period: 04/10/2020 - 05/10/2020 | |
| Previous Outstanding Balance: | $107.23 |
| New Outstanding Balance: | $108.76 |
| Credit Limit: | $2,000.00 |
| Total Principal Balance: | $100.00 |
| Available Credit: | $0.00 |
| Current Payment Due: | $1.53 |
| Past Due Amount: | $107.23 |
| Total Minimum Payment Due: | $108.76 |
| Payment Due Date: | 06/04/2020 |

## Bank of America Personal Creditline

| Account Summary | | | Annual Percentage Rate Summary | |
|---|---|---|---|---|
| **Account Type** | **Principal Balance** | **Account Number** | ANNUAL PERCENTAGE RATE | 18.00% |
| Line of Credit: | $100.00 | | Daily Periodic Rate | 0.0491803% |
| | | | Corresponding ANNUAL PERCENTAGE RATE | 18.00% |
| *Information about your transactions is included on the next page of this statement* | | | Days in Billing Cycle | 31 |
| | | | Interest Charged | $1.53 |
| | | | Fees Charged | $0.00 |

### Messages

We have not received your most recent line of credit payment. Your minimum payment due is listed on your payment coupon. If you have made a payment recently, please accept our thanks.

### Customer Service Information

  **Billing Error Notices**
Bank of America, N.A.
Attention: Billing Error Notice
P.O. Box 941057
Simi Valley, CA 93094-1057

  **General Inquiries**
Bank of America, N.A
P.O. Box 31785
Tampa, FL 33631-3785

www.bankofamerica.com

  ECO.934-5626 Lines of Credit Customer Service
TDD 866.345.1200
Se habla Español 800 688 6086

Personal Creditline account.

Minimum payment due 06/04/20          $108.76

BANK OF AMERICA, N.A
P.O. BOX 660807
DALLAS, TX 75266-0807

Additional principal    $          .

RONALD L BISHOP
Mailing address:
9577 GATESVILLE AVE
LAS VEGAS, NV 89148-4202

Payment enclosed    $          .

⑆547880806⑈68180118490699⑈

MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RON BISHOP | ) |
|     Plaintiff, | ) |
| | )   No. |
| vs. | ) |
| | ) |
| BANK OF AMERICA, | ) |
| NATIONAL ASSOCIATION, | ) |
| | )   **JURY DEMANDED** |
|     Defendant. | ) |

## COMPLAINT

## JURISDICTION

1. The jurisdiction of this Court attains pursuant to the FCRA, 15 U.S.C. Section 1681(p), and the doctrine of supplemental jurisdiction.  Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiffs' claims arose from acts of the Defendant perpetrated therein.

## PRELIMINARY STATEMENT

2. The Plaintiff brings this action for damages based upon Defendant's violations of the Fair Credit Reporting Act, 15 U.S.C § 1681 *et seq.* (hereinafter referred to as "FCRA").

3. Plaintiff is a natural person and is a resident and citizen of the State of Nevada and of the United States.  Plaintiff is a "consumer" as defined by § 1681a(c) of the FCRA.

PO Box 9701
Allen, TX 75013



0006097 02 MB 0.436 **AUTO  T6 0 7228 89002-900628   -C02-P06103-1
RONALD L BISHOP

ılıll||ıı||ı|ıllılı||ıııılı|ıılı|||||||||ııılııl|ılıılı

# experian™

## RONALD L BISHOP
### Your Credit Report
### Report # 3619-6851-63 for 09/22/20

In response to your recent request, we are sending you this credit report. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record.

The fastest and easiest way to dispute most information that you disagree with is by creating your member login at experian.com/disputes. Keep track of any changes and dispute notifications online. You can also call with disputes or questions at 833 210 4610, M - F 9am - 5pm in your time zone, or submit your dispute in writing by mailing to Experian, NCAC, PO BOX 9701, Allen TX 75013. Be advised that written information or documents you provide with respect to your disputes may be shared with all creditors with which you are disputing.

## Payment History Legend

| | | | |
|---|---|---|---|
| CUR Current | 150 Account 150 days past due | VS Voluntarily surrendered | D Defaulted on contract |
| 30 Account 30 days past due | 180 Account 180 days past due | R Repossession | C Collection |
| 60 Account 60 days past due | CRD Creditor received deed | PBC Paid by creditor | CO Charge off |
| 90 Account 90 days past due | FS Foreclosure proceedings started | EC Insurance claim | CLS Closed |
| 120 Account 120 days past due | F Foreclosed | G Claim filed with government | ND No data for this time period |

*If your creditor reported your account balances to us, we list them in this section as additional information about your account.

*Medical Information*
By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

**Your accounts that may be considered negative** The most common items in this section are late payments, accounts that have been charged off or sent to collection, and bankruptcies. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments may remain on the credit report for up to seven years. Chapters 7, 11 and 12 bankruptcies may remain on the credit report for up to 10 years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

## Credit items

BK OF AMER Partial Acct     HO BOX 81785 TAMPA FL 33631 (800) 669 6607

EXHIBIT 4

RONALD L BISHOP | Report # **3619-6851-63** for 09/22/20

| Date opened | First reported | Recent balance | Payment history |
|---|---|---|---|
| Oct 1997 | Aug 2013 | $109 as of Aug 2020 | |
| **Address ID #** | **Terms** | **Status** | |
| 0177719541 | Not reported | Account charged off. | |
| **Type** | **Monthly payment** | $109 written off. $109 | |
| Line of Credit | Not reported | past due as of Aug 2020. | |
| **Responsibility** | **Credit limit or original** | This account is | |
| Individual | **amount** | scheduled to continue on | |
| | $2,000 | record until Oct 2026. | |
| | **High balance** | **Comment** | |
| | $2,100 | Account information | |
| | | disputed by consumer | |
| | | (Meets requirement of | |
| | | the Fair Credit Reporting | |
| | | Act). | |
| | | This item was updated | |
| | | from our processing of | |
| | | your dispute in Jun 2020 | |
| | | **Date of Status** | |
| | | May 2020 | |




Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 109 | 109 | 108 | 106 | 105 | 103 | 102 | 100 | 0 | 0 | 0 | 0 | 115 | 138 | 161 |
| DPR | Jul04 | Jul01 | Jul04 | Jul04 | Jul04 | Jul04 | Jul04 | Jul04 | Jul04 | Jul04 | Jul04 | Jul04 | Jun04 | May04 | Apr04 |
| SPA ($) | ND | ND | 7 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| AAP ($) | 0 | 0 | ND | ND | ND | ND | ND | ND | ND | ND | ND | 141 | 25 | 25 | 25 |

| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 |
|---|---|---|---|---|---|---|---|
| AB ($) | 183 | 206 | 228 | 249 | 271 | 292 | 312 |
| DPR | Mar04 | Feb04 | Jan04 | Dec04 | Nov04 | Oct04 | Aug20 |
| SPA ($) | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| AAP ($) | 25 | 25 | 25 | 25 | 25 | 25 | ND |

Between Sep 2018 and Jun 2020, your credit limit/high balance was $2,000

**Your accounts in good standing** These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

**AMERICA FIRST CREDIT UN** Partial Acct # ▸    **PO BOX 9199 OGDEN UT 84409 (801) 627 0900**

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Dec 2015 | Individual | Not reported | Not reported |
| **Address ID #** | **First reported** | **Credit limit or original amount** | **Status** |
| 0177719541 | Jan 2016 | $15,463 | Paid, Closed/Never late. |
| **Type** | **Terms** | **High balance** | This account is scheduled to |
| Secured Loan | 120 Months | Not reported | continue on record until Jul 2026. |
| | | | **Comment** |
| | | | Account closed at consumer's |
| | | | request. |
| | | | **Date of Status** |
| | | | Jul 2016 |

**AMERICA FIRST CREDIT UN** Partial Acct # ▸    **PO BOX 9199 OGDEN UT 84409 (801) 627 0900**

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Jun 2016 | Individual | Not reported | Not reported |
| **Address ID #** | **First reported** | **Credit limit or original amount** | **Status** |
| 0177719541 | Jul 2016 | $17,386 | Paid, Closed/Never late. |
| **Type** | **Terms** | **High balance** | This account is scheduled to |
| Secured Loan | 120 Months | Not reported | continue on record until Aug 2030. |
| | | | **Date of Status** |
| | | | Aug 2020 |

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 3,217 | 3,701 | 4,180 | 4,646 | 4,646 | 5,304 | 5,419 | 5,419 | 5,419 | 5,888 | 5,888 | 6,334 | 6,781 | 6,791 | 7,197 |
| DPR | Jul10 | Jun09 | May05 | Mar18 | Mar16 | Feb06 | Nov06 | Nov06 | Nov06 | Sep30 | Sep30 | Aug02 | Jun19 | Jun19 | Mar20 |
| SPA ($) | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 |
| AAP ($) | 500 | 500 | 500 | ND | 687 | 187 | ND | ND | 500 | ND | 500 | 500 | 500 | 500 | 500 |

| | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 7,197 | 7,675 | 8,138 | 8,540 | 8,540 | 8,994 | 9,445 | 9,445 |
| DPR | Mar20 | Feb28 | Jan28 | Nov00 | Nov00 | Oct04 | Aug29 | Aug29 |
| SPA ($) | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 |
| AAP ($) | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |

The original amount of this account was $17,386

**Universal Data Form**

AUD Correction Indicator:   Update ☒   Delete ☐   Delete due to fraud ☐

| Subscriber Name: | Bank of America | | Equifax SC: | |
|---|---|---|---|---|
| Subscriber Address: | 150 N COLLEGE ST MC NC1-028-22-01,Charlotte, NC 28255-0001 | | Experian SC: | |
| | | | Innovis SC: | |
| | | | TU SC: | |

## Consumer Information

| Last Name | First Name | Middle Name | Gen. | SSN | DOB |
|---|---|---|---|---|---|
| BISHOP | RONALD | L | | | |

| Current Address | City | State | Zip+4 |
|---|---|---|---|
| | | NV | |

| Previous Last Name | Previous First Name | Previous Middle Name | Previous Gen. |
|---|---|---|---|
| | | | |

| Previous Address | City | State | Zip+4 |
|---|---|---|---|
| | | | |

| Consumer Information Indicator: | ECOA: 1 | Phone: |
|---|---|---|

## Employment Information

| Employer Name: | Occupation: |
|---|---|

| Current Address | City | State | Zip+4 |
|---|---|---|---|
| | | | |

## Associated Consumer Information

| Last Name | First Name | Middle Name | Gen. | SSN | DOB |
|---|---|---|---|---|---|
| | | | | | |

| Current Address | City | State | Zip+4 |
|---|---|---|---|
| | | | |

| Consumer Information Indicator: | ECOA: | Phone: |
|---|---|---|

| Last Name | First Name | Middle Name | Gen. | SSN | DOB |
|---|---|---|---|---|---|
| | | | | | |

| Current Address | City | State | Zip+4 |
|---|---|---|---|
| | | | |

| Consumer Information Indicator: | ECOA: | Phone: |
|---|---|---|

## Account Information

| Account Number | Date Opened | Current Balance | Amount Past Due | Portfolio Type | Credit Limit | High Credit | Schedule Monthly | SCC | CCC |
|---|---|---|---|---|---|---|---|---|---|
| | 10-01-1997 | $0 | $0 | C | | | $0 | | XR |

| Term Dur./Freq. | Date Closed | Actual Payment | Date of Last Payment | Account Status | Payment Rating | Account Type | Interest Type Indicator | Date of Account Information | FCRA 1st Date of Delinquency | Original Charge-off Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| LOC/M | 09-15-2020 | | 09-15-2020 | 13 | 0 | 15 | | 09-15-2020 | | |

| Original Creditor Name | Creditor Classification | Mortgage Agency Identifier | Sec. Marketing Agency Id Account # | Specialized Payment Indicator |
|---|---|---|---|---|
| | | | | |

| Purchased Portfolio or Sold Name | Portfolio Indicator | Deferred Payment Start Date | Balloon Payment Due Date | Balloon Payment Amount |
|---|---|---|---|---|
| | | | | |

| Mortgage Id # | | AUD Control # | 101250681 |
|---|---|---|---|

## Account History

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2019 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2018 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2017 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2016 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2015 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2014 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2013 | 0 | 0 | 0 | | | | | | | | | |

Submitted By:                Tel#:                Date:   10-09-2020

By submitting this AUD, you certify that you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect the changes noted.

EXHIBIT 5