Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RONALD L. BISHOP<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.<br><br>    Defendant. | No. 2:20-cv-01941-JCM-NJK<br><br><br><br><br>STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE |

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

MITCHELL D. GLINER, ESQ.

_/s/ Mitchell D. Gliner_

MITCHELL D. GLINER, ESQ.
Nevada Bar No. 003419
3017 W. Charleston Blvd. # 95
Las Vegas, Nevada  89102
Attorney for Plaintiff

SNELL & WILMER, L.L.P.

_/s/ Bob L. Olson_

BOB L. OLSON, ESQ.
Nevada Bar No. 003783
CHARLES E. GIANELLONI, ESQ.
Nevada Bar No. 012747
3883 Howard Hughes Pkwy., # 1100
Las Vegas, Nevada 89169
Attorneys for Defendant

IT IS SO ORDERED February 5, 2021.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2021, I electronically filed the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: February 1, 2021.

*/s/ Mary Full*
Employee of Snell & Wilmer L.L.P.

4852-3952-7386